IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARMANDO G. SANDERS,

      Plaintiff,            No. CIV S-05-1989 GEB GGH P

    vs.

M. YORK, et al.,

      Defendant.        <u>ORDER</u>

_____/

      Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's December 29, 2005, motion for a temporary restraining order.  In this motion, plaintiff alleges that the law library at Kern Valley State Prison (KVSP) is inadequate.  In particular, plaintiff alleges that a prison official told him that the KVSP law library is "basically non-existent."

      The court construes plaintiff's motion for injunctive relief as a motion for a protective order.  Local Rule 72-302 of the Eastern District of California permits magistrate judges to handle all aspects of a prisoner's case short of jury trial.  It has also been interpreted as authorizing magistrate judges to issue orders under § 636(b)(1)(A) for non-dispositive motions or motions not involving injunctive relief.  <u>See</u> also <u>United States v. Raddatz</u>, 447 U.S. 667, 673, 100 S. Ct. 2406, 2411 (1980) (magistrate judge may hear any pretrial matter except "dispositive"

1   motions).

2          Therefore, the fact that parties are directed in their activities by a magistrate judge

3   cannot, without more, transform the matter at hand into an "injunctive" relief matter governed by

4   § 636(b)(1)(B).  See, e.g., Grimes v. City and County of San Francisco, 951 F.2d 236 (9th Cir.

5   1991) (magistrate judge may compel a party to pay prospective sanctions of $500.00 per day

6   during period of non-compliance with discovery orders to ensure compliance).  It is only when

7   the "injunctive" relief sought goes to the merits of plaintiff's actions or to complete stays of an

8   action that orders under § 636(b)(1)(A) are precluded.  See, e.g., Reynaga v. Cammisa, 971 F.2d

9   414 (9th Cir. 1992).

10          In the instant case, plaintiff's request does not go the merits of plaintiff's action.

11   Accordingly, this matter may be handled by court order.

12          No defendants are located at KVSP.  Usually persons or entities not parties to an

13   action are not subject to orders for injunctive relief.  Zenith Radio Corp. v. Hazeltine Research,

14   Inc., 395 U.S. 100 (1969).  However, the fact one is not a party does not automatically preclude

15   the court from acting.  The All Writs Act, 28 U.S.C. § 1651(a) permits the court to issue writs

16   "necessary or appropriate in aid of their jurisdictions and agreeable to the usages and principles

17   of law."  See generally S.E.C. v. G.C. George Securities, Inc., 637 F.2d 685 (9th Cir. 1981);

18   United States v. New York Telephone Co., 434 U.S. 159 (1977). This section does not grant the

19   court plenary power to act in any way it wishes; rather, the All Writs Act is meant to aid the court

20   in the exercise and preservation of its jurisdiction.  Plum Creek Lumber Company v. Hutton, 608

21   F.2d 1283, 1289 (9th Cir. 1979).

22          The court is unwilling to invoke the jurisdiction of the All Writs Act for the

23   following reasons.  First, plaintiff's constitutional right of access to the court requires the state to

24   provide law library or legal assistance only through the pleading stage of a civil rights action.

25   Cornett v. Donovan, 51 F.3d 894, 898 (9th Cir. 1995).  This action is beyond the pleading stage.

26   Moreover, plaintiff does not allege that he has suffered any actual injury as a result of the

1  allegedly inadequate law library access.  Lewis v. Casey, 518 U.S. 343, 351-53, 355, 116 S.Ct.

2  2174 (1996)(prisoner must allege actual injury in order to state a colorable claim for violation of

3  right of access to the courts).

4          Accordingly, IT IS HEREBY ORDERED that plaintiff's December 29, 2005,

5  motion for injunctive relief, construed as a motion for protective order, is denied.

6  DATED: 1/10/06

7                                              /s/ Gregory G. Hollows

8                                              GREGORY G. HOLLOWS
                                               UNITED STATES MAGISTRATE JUDGE
9

10  ggh:kj
    san1989.po
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26