1
2
3
4
5
6
7
8                          IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10                                  SACRAMENTO DIVISION

11
     **AMANDO G. SANDERS,**                        2:05-cv-1989 GEB GGH P
12
                                    Plaintiff,     **ORDER GRANTING DEFENDANTS'**
13                                                 **FIRST REQUEST FOR EXTENSION**
                 v.                                **OF TIME TO FILE INITIAL**
14                                                 **RESPONSIVE PLEADING**
     **M. YORK, et al.,**
15
                                    Defendants.
16

17

18          **GOOD CAUSE HAVING BEEN SHOWN,** Defendants are granted an additional 34

19   days up to and including August 25, 2006, within which to file a response.

20

21   Dated:  7/26/06
                                             /s/ Gregory G. Hollows
22                                           _____
                                             Gregory G. Hollows
23                                           United States Magistrate Judge

24

25   san1989.eot

26

27

28

                                          1