IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMANDO G. SANDERS,

        Plaintiff,                    No. CIV S-05-1989 GEB GGH P

    vs.

M. YORK, et al.,

        Defendants.            <u>ORDER</u>

_____/

        On August 21, 2006, defendants filed an answer to the amended complaint filed December 6, 2005. On May 26, 2006, plaintiff filed a motion for leave to file a second amended complaint as well as a second amended complaint. Good cause appearing, this motion is granted and defendants are ordered to respond to the second amended complaint.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's May 26, 2006, motion for leave to file a second amended complaint is granted;

/////

/////

/////

/////

1

1         2. Within twenty days of the date of this order, defendants shall file a response to
2  the second amended complaint filed May 26, 2006.
3  DATED: 9/19/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

6  GGH:kj
   san1989.ame