IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **AMANDO G. SANDERS,**<br><br>                               Plaintiff,<br><br>         v.<br><br>**M. YORK, et al.,**<br><br>                               Defendants. | 2:05-cv-1989 GEB GGH P<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S REQUEST FOR INTERROGATORIES** |

**GOOD CAUSE HAVING BEEN SHOWN,** Defendants are granted an additional 21-days, to and including, October 25, 2006, within which to file Defendants' responses to Plaintiff's discovery requests.

Dated: 10/18/06                             /s/ Gregory G. Hollows
                                            _____
                                            Magistrate Judge Gregory G. Hollows

san1989.eot(2)