IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMANDO G. SANDERS,

      Plaintiff,                        No. CIV S-05-1989 GEB GGH P

   vs.

M. YORK, et al.,

      Defendants.          <u>ORDER</u>

_____/

        On November 16, 2006, plaintiff filed a motion for leave to serve additional interrogatories on defendants York and Penner. Plaintiff states that he was unaware that Fed. R. Civ. P. 33(a) allows parties to serve no more than 25 interrogatories.

        Plaintiff does not specifically describe the information he is attempting to obtain in the additional interrogatories and why he did not request it in the first 25 interrogatories. Nor does plaintiff identify how many additional interrogatories he is seeking to serve upon defendants. Without this information, the court cannot determine whether plaintiff's request has merit.

////

////

////

1

1       Accordingly, IT IS HEREBY ORDERED that plaintiff's November 16, 2006,
2 motion to serve additional interrogatories is denied.
3 DATED: 12/13/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

6 san1989.ord