IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **AMANDO G. SANDERS,**<br><br>Plaintiff,<br><br>v.<br><br>**M. YORK, et al.,**<br><br>Defendants. | 2:05-cv-1989 GEB GGH P<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS** |

Defendants' request for an extension of time to respond to Plaintiff's request for admissions, set one, and request for production of documents, sets one and two, was considered by this Court, and good cause appearing:

**IT IS HEREBY ORDERED** that the Defendants have until January 27, 2007, to serve their responses to Plaintiff's various discovery requests.  NO FURTHER EXTENSIONS WILL BE GRANTED.

Dated: 1/17/07                                                          /s/ Gregory G. Hollows

_____
The Honorable Gregory G. Hollows

san1989.eot

[Proposed] Order

1