IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMANDO G. SANDERS,

    Plaintiff,                    2:05-cv-1989-GEB-GGH-P

    vs.

M. YORK, et al.,

    Defendants.             <u>ORDER</u>

_____/

        On March 12, 2007, plaintiff filed objections to the magistrate judge's order filed March 2, 2007, denying plaintiff's motion for sanctions. The court construes plaintiff's objections to be a request for reconsideration. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed March2, 2007, is affirmed.

Dated: March 30, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge