IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMANDO G. SANDERS,

        Plaintiff,             No. CIV S-05-1989 GEB GGH P

   vs.

M. YORK, et al.,

        Defendants.        ORDER

_____/

        On March 2, 2007, the court ordered defendant Rubio to show cause why default should not be entered. On March 30, 2007, defendant filed a response to the show cause order. Although it is curious that CDCR makes legal representation decisions, i.e., who may be represented by the Attorney General, in lieu of the Attorney-General making the determination of who is entitled to legal representation under the laws of the State of California, apparently that is the case. Given that state of affairs, and based on the submission of the Attorney General demonstrating CDCR's confusion of Rubio's employee status, defendant Rubio's failure to file a timely answer is understandable. On April 3, 2007, defendant filed an answer.

\\\\\

\\\\\

\\\\\

1

1. Good cause appearing, IT IS HEREBY ORDERED that:

2. 1. The order to show cause is discharged;

3. 2. Plaintiff's January 19, 2007, request for default is denied.

DATED: 4/18/07

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

san1989.vac