IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMANDO G. SANDERS,

        Plaintiff,                  No. CIV S-05-1989 GEB GGH P

    vs.

M. YORK, et al.,

        Defendants.         ORDER

_____/

        On March 23, 2007, plaintiff filed a motion for leave to file an amended complaint. On April 18, 2007, plaintiff filed a pleading requesting that the court disregard the motion for leave to amend. Good cause appearing, the court will order the motion disregarded.

        On April 24, 2007, defendants filed a request to modify the scheduling order. Pursuant to the December 20, 2007, scheduling order, the discovery deadline was March 16, 2007. The pretrial motion cut-off date is May 11, 2007, the pretrial conference is August 24, 2007, and the jury trial is set for October 30, 2007.

        On April 3, 2007, defendant Rubio filed an answer to the complaint. Defendants request that the court modify the scheduling order so that defendant Rubio may respond to plaintiff's discovery requests. Good cause appearing, this request is granted.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's March 23, 2007, motion for leave to file an amended complaint is disregarded;

2. Defendants' April 24, 2007, request to modify the scheduling order is granted;

3. Plaintiff may conduct discovery as to defendant Rubio only until August 3, 2007; any motions to compel discovery shall be filed by that date. All discovery requests pursuant to Fed. R. Civ. P. 31, 33, 34 or 36 shall be served not later than sixty days prior to that date;

4. The pretrial motion cut-off date of May 11, 2007, is vacated and re-set for September 14, 2007;

5. The August 24, 2007, pretrial conference and October 30, 2007, jury trial are vacated; these dates will be re-set, if appropriate, following resolution of any pretrial motions.

DATED: 5/16/07

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

san1989.ord