IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMANDO G. SANDERS,

     Plaintiff,                   2:05-cv-1989-GEB-GGH-P

     vs.

M. YORK, et al.,

     Defendants.              <u>ORDER</u>

_____/

     On April 25, 2007, plaintiff filed a request for reconsideration of the magistrate judge's order filed April 18, 2007, denying his request for default. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

     Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed April 18, 2007, is affirmed.

Dated: May 24, 2007

GARLAND E. BURRELL, JR.
United States District Judge

1