IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **AMANDO G. SANDERS,** | CASE NO.:  2:05-cv-1989 GEB GGH P |
| Plaintiff, | **ORDER** |
| v. | |
| **M. YORK, et al.,** | |
| Defendants. | |

Good cause having been show, Defendants are granted an additional sixty days, to and including November 13, 2007, to complete and file a dispositive motion. No further extensions of time will be granted but for a showing of substantial cause.

Dated: 9/18/07

/s/ Gregory G. Hollows
_____
U.S. Magistrate Judge

san1989.(eot)(sj)

1