IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **AMANDO G. SANDERS,** | CASE NO.: 2:05-cv-1989 GEB GGH P |
| Plaintiff, | **ORDER** |
| v. | |
| **M. YORK, et al.,** | |
| Defendants. | |

Good cause having been shown, Defendants are granted an additional thirty days, to and including January 27, 2008, to file their Reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment.

Dated: 01/08/08

/s/ Gregory G. Hollows

san1989.eot(2)

1