IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMANDO G. SANDERS,

       Plaintiff,                  No. CIV S-05-1989 GEB GGH P

  vs.

M. YORK, et al.,

       Defendants.       ORDER

_____/

        Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's request for the appointment of counsel will therefore be denied.

        On May 15, 2008, plaintiff filed a motion for appointment of an expert. Appointment of an expert is not warranted. If plaintiff's allegations are proven, it is doubtful that expert testimony is needed to inform the jury about the effect of those allegations.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's May 15, 2008 motion for the appointment of counsel (Docket #119) is denied;

2. Plaintiff's May 15, 2008, motion for appointment of an expert is denied (Docket # 120).

DATED: 06/03/08                                    /s/ Gregory G. Hollows

                                                   GREGORY G. HOLLOWS
                                                   UNITED STATES MAGISTRATE JUDGE

GGH:ja
sand1989.31