IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARMANDO G. SANDERS,

    Petitioner,                   2:05-cv-1989-GEB-GGH-P

    vs.

M. YORK, et al.,

    Respondents.              ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On April 30, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Petitioner has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a _de novo_ review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

1 | Accordingly, IT IS HEREBY ORDERED that:

2 | 1. The findings and recommendations filed April 30, 2008, are adopted in full; and

4 | 2. Defendants' November 13, 2007, summary judgment motion (Docket #103) is denied as to plaintiff's claims that defendants Rubio and York housed him in an upper tier cell in an upper bunk following his surgery in violation of the Eighth Amendment; defendants' motion is granted in all other respects.

Dated: June 24, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

2