IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARMANDO G. SANDERS,

      Plaintiff,                               No. CIV S-05-1989 GEB GGH P

   vs.

M. YORK, et al.,

      Defendants.                    <u>ORDER</u>

_____/

        This action is set for a trial confirmation hearing March 13, 2009. Plaintiff is to appear via video conference. On January 14, 2009, defendants filed a notice with the court stating that the prison where plaintiff is incarcerated, R.J. Donovan Correctional Facility (RJDCF), does not have video conferencing capability. Defendants state that they can make arrangements for both parties to appear at the trial confirmation hearing via telephone conferencing.

        Prison officials at RJDCF have informed the court that their video conferencing capabilities are temporarily unavailable due to technical problems. Prison officials indicate that video conferencing should be available by March 13, 2009. For this reason, there is no need for a telephonic trial confirmation.

/////

1

1       Good cause appearing, IT IS HEREBY ORDERED that plaintiff shall appear via
2 video conference at the trial confirmation hearing.
3 DATED: January 20, 2009
4                                           /s/ Gregory G. Hollows
5 san1989.ord                     UNITED STATES MAGISTRATE JUDGE