IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ARMANDO SANDERS,

      Plaintiff,                     No. CIV S-05-1989 GEB GGH P

    vs.

M. YORK, et al.,

      Defendants.           <u>ORDER</u>

_____/

       This action is set for a trial confirmation hearing before the Honorable Garland E. Burrell on March 13, 2009. Plaintiff is to appear via videoconference.

       On January 14, 2009, defendants filed a notice stating that R. J. Donovan Correctional Facility (RJDCF) does not have videoconferencing capability. The court contacted officials at RJDCF who informed the court that the videoconferencing equipment was temporarily unavailable due to technical problems, but would be fixed by March 13, 2009. The court has since been informed by officials at RJDCF that the videoconferencing equipment is no longer available.

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that plaintiff and defense counsel shall
2  appear at the trial confirmation hearing via telephone conferencing; defense counsel shall make
3  arrangements for the telephone conference by calling Judge Burrell's chambers at 916-930-4115
4  after she has plaintiff on the line.
5  DATED: February 5, 2009

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

10  san1989.fb