UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

AMANDO G. SANDERS,

        Plaintiff,        No. CIV S-05-1989 GEB GGH P

vs.

M. YORK, et al.,

        Defendants.        **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

/

Amando Sanders, inmate # V-28669, a necessary and material witness in proceedings in this case on March 13, 2009, is confined in R.J. Donovan Correctional Facility, San Diego, California, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Garland E. Burrell, Jr., to appear by telephone at R.J. Donovan Correctional Facility, March 13, 2009, at 1:30 p.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by telephone conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, Robert J. Hernandez, R.J. Donovan Correctional Facility, P.O. Box 799003, San Diego, California, 92179-9003:**

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by telephone, and from day to day until completion of the proceedings or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: February 19, 2009

        /s/ Gregory G. Hollows

        UNITED STATES MAGISTRATE JUDGE

sand1989.841