IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMANDO G. SANDERS,                  )
                                    )     02:05-cv-01989-GEB-GGH
            Plaintiff,              )
                                    )     ORDER
       v.                           )
                                    )
M. YORK, Correctional Officer,)
California Department of             )
Corrections;  RUBIO, Medical        )
Technical Assistant,                )
California Department of             )
Corrections; M. PENNER, Doctor)
with California Department of )
Corrections,                        )
                                    )
                  Defendants.       )
_____ )

        A telephonic Trial Confirmation hearing scheduled for

March 13, 2009, was not conducted because adequate arrangements had

not been made for the hearing.

        However, Plaintiff filed a document on December 31, 2008,

in which he requests to wear civilian clothes at trial and to be

unshackled during trial.  Defendants' counsel shall discuss these

requests with a knowledgeable official employed by the California

Department of Corrections, and shall file a response to each

request no later than March 30, 2009.  Plaintiff's reply brief, if
any, shall be filed no later than April 13, 2009.

　　　　　IT IS SO ORDERED.

Dated:  March 16, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge