1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ARMANDO SANDERS,

11          Plaintiff,                    No. CIV S-05-1989 GEB GGH P

12      vs.

13   M. YORK, et al.,

14          Defendants.                   ORDER

15   _____/

16          This action is set for trial on April 21, 2009.  Pending before the court are several

17   motions.

18          On March 25, 2009, plaintiff filed a motion for sanctions against defendants,

19   arguing defendants should be sanctioned for being unavailable for the March 13, 2009, trial

20   confirmation hearing.   However, since sanctions are not warranted, the motion is denied.

21          On March 25, 2009, plaintiff filed a motion requesting that the media be allowed

22   to attend his trial.  Since the trial is open to the public, the motion is denied as unnecessary.

23          On March 25, 2009, plaintiff filed a motion in limine.  Plaintiff requests that his

24   exhibits from his medical and central files be deemed authenticated.  The pretrial order directed

25   the parties to be ready to address the issue of the authentication of plaintiff's exhibits at the trial

26   confirmation hearing.   This did not occur because the trial confirmation was not held.

1  Therefore, the matter will not be decided before trial.

2          On March 27, 2009, defendants filed a request to have an unlisted witness testify

3  at trial.  Defendants state that on March 26, 2009, they were informed that their trial witness,

4  Captain Lynch, will be unavailable to testify at trial due to exigent personal circumstances.

5  Defendants request that Associate Warden Schroeder be permitted to testify in place of Captain

6  Lynch.  Good cause appearing, this request is granted.

7  Dated:  March 31, 2009

8

9  _____
   GARLAND E. BURRELL, JR.
10 United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26