```
 1
 2
 3
 4               IN THE UNITED STATES DISTRICT COURT
 5             FOR THE EASTERN DISTRICT OF CALIFORNIA
 6
 7  AMANDO G. SANDERS,            )
                                  )    2:05-cv-1989-GEB-GGH-P
 8                                )
                 Plaintiff,       )
 9                                )    COMMUNICATION TRANSMITTING
            v.                    )    TRIAL DOCUMENTS
10                                )
    MICHAEL YORK; and TODD RUBIO, )
11                                )
                 Defendants.      )
12  _____)
13          Attached are the following trial documents:  voir dire,
14  preliminary jury instructions, closing jury instructions and
15  verdict forms.
16  Dated:  April 14, 2009
17
18                              _____
                                GARLAND E. BURRELL, JR.
19                              United States District Judge
```

1