IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMANDO G. SANDERS,

    Plaintiff,

    v.

M. YORK, Correctional Officer, California Department of Corrections; RUBIO, Medical Technical Assistant, California Department of Corrections; M. PENNER, Doctor with California Department of Corrections,

    Defendants.

02:05-cv-01989-GEB-GGH

ORDER

On December 31, 2008, Plaintiff filed a request that he be allowed to wear civilian clothes and be unshackled during trial. Defendants opposed the request on March 27, 2009, in response to an order directing Defendants' counsel to discuss these requests with a knowledgeable official employed by the California Department of Corrections, and respond to each request no later than March 30, 2009.

Defendants counsel's response includes a declaration from Mr. Schroeder, the Acting Associate Warden for Health Care Services

at California State Prison - Sacramento, who has a responsibility "to oversee inmate transportation off prison grounds, including out-to-court transportation." Doc 1 at 1. Mr. Schroeder explains "[d]uring trial proceedings, CDCR permits inmates to wear a khaki-colored short-sleeves button-down shirt with khaki pants. Such procedures are crucial to allow CDCR transportation officers, and other security staff, to easily identify an inmate when being transported." Decl at 2.

Moreover, Mr. Schroeder explains Plaintiff should have at least leg restraints because he is a Level Four inmate with a violent background. Decl. at 2. Based on Mr. Schroeder's declaration, Plaintiff's motion is denied and Plaintiff will appear at trial with leg restraints that are shielded from a juror's view by the counsel table, where he will be seated. Further, plaintiff will examine witnesses and offer his testimony from his location at counsel table.

Dated: April 14, 2009

GARLAND E. BURRELL, JR.
United States District Judge

2