IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMANDO G. SANDERS,                     )
                                       )     02:05-cv-01989-GEB-GGH
            Plaintiff,                 )
                                       )     ORDER
      v.                               )
                                       )
M. YORK, Correctional Officer,)
California Department of                )
Corrections; RUBIO, Medical   )
Technical Assistant,                   )
California Department of                )
Corrections; M. PENNER, Doctor )
with California Department of )
Corrections,                           )
                                       )
            Defendants.       )
_____)

        The in limine motions filed on March 25, 2009,(docket
#153), April 6, 2009, (docket #160), and April 14, 2009, (docket
#167) are denied.  Further, the denial of Plaintiff's April 6,
2009, in limine motion is with prejudice since this motion
constitutes an untimely motion to compel discovery.

        IT IS SO ORDERED.

Dated:  April 15, 2009

                            _____
                            GARLAND E. BURRELL, JR.
                            United States District Judge

1